JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VALERIA (NUNEZ) COPLEMAN**<br><br>Plaintiff,<br><br>v.<br><br>**CAVALRY SPV I, LLC. and WINN LAW GROUP, APC;**<br><br>Defendants | **CASE SA 8:16-cv-01549-DOC-DFM**<br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE [15]** |

## ORDER

Based on the above Stipulation of Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against all Defendants, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 16, 2016.

_David O. Carter_
HON. JUDGE DAVID O. CARTER
United States District Court